UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT Choose an item.

ALEXA D. SMITH,

           Plaintiff,

  v.

NANCY A BERRYHILL, Acting Commissioner of Social Security,

           Defendant.

Case No. C18-144 RSL

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

The Court **GRANTS** plaintiff's *in forma pauperis* application, Dkt. 1, and **ORDERS**:

(1)    Plaintiff shall be issued summonses.

(2)    Plaintiff is responsible for serving the complaint and summonses, and must file proof of service as required by Rule 4 of the Federal Rules of Civil Procedure. Plaintiff may effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a copy of the summonses and complaint, along with plaintiff's identifying information, by email to USAWAW.SSAClerk@usdoj.gov.

DATED this 16th day of February 2018.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1