U.S. DISTRICT COURT JUDGE ROBERT S. LASNIK

1

2

3

4

5                     UNITED STATES DISTRICT COURT
             IN THE WESTERN DISTRICT OF WASHINGTON
6                           AT SEATTLE

7   ALEXA D. SMITH,                          )
                                             )   Civil No.  C18-0144-RSL
8                Plaintiff,                   )
                                             )
9                v.                          )   [PROPOSED] ORDER
                                             )
10  NANCY A. BERRYHILL, Deputy               )
    Commissioner of Social Security for      )
11  Operations,                              )
                                             )
12               Defendant.                  )
                                             )

13

14          THIS MATTER having been brought before this Court upon the Parties' Stipulated

15  Motion for Equal Access to Justice Act attorneys' fees and costs, and the Court having fully

16  considered this matter:

17          IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion is

18  Granted and Plaintiff is awarded attorneys' fees in the amount of $6,424.96 and reimbursement

19  of expenses in the amount of $29.91 for a total of $6,454.87 pursuant to the Equal Access to

20  Justice Act, 28 U.S.C. § 2412, subject to any offset as described in *Astrue v. Ratliff*, 130 S.Ct.

21  2521 (2010).  Plaintiff is also awarded $7.70 in costs under 28 U.S.C. § 1920.

22          The check(s) shall be mailed to Plaintiff's attorney's office: Robey Namba, P.S., 1414 F

23  Street, Bellingham, WA 98225.  If it is determined that Plaintiff's EAJA fees are not subject to

24                                                   **ROBEY NAMBA, P.S.**
                                                     1414 F Street
                                                     Bellingham, WA 98225
                                                     Phone: (360) 676-2548
                                                     Fax: (360) 647-7838

[PROPOSED] ORDER - 1

any offset allowed under the Department of the Treasury's Offset Program, the check for EAJA

fees shall be made payable to Robey Namba, P.S. based upon Plaintiff's assignment of these

amounts to Plaintiff's attorney as evidenced in the Stipulated Motion and Administrative Record.

///

DATED this ___4ᵗʰ___ day of ___December___, 2018.

_____

U.S. DISTRICT COURT JUDGE ROBERT S. LASNIK

RESPECTFULLY PRESENTED BY:

ROBEY NAMBA, P.S.

s/ David A. Namba
David A. Namba, WSBA# 29347
Attorney for Plaintiff
Robey Namba, P.S.
1414 F Street
Bellingham, WA 98225
Telephone: 360.676.2548
Fax: 360.647.7838
E-mail: mail@robeynambalaw.com

**ROBEY NAMBA, P.S.**
1414 F Street
Bellingham, WA 98225
Phone: (360) 676-2548
Fax: (360) 647-7838

[PROPOSED] ORDER - 2